# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand and fifteen.

Before:   José A. Cabranes,
          Susan L. Carney,
          Christopher F. Droney,
              *Circuit Judge*s.

_____

United States of America,

    Appellee,

v.

Kenneth L. Miller,

    Defendant - Appellant.

**JUDGMENT**
Docket No. 13-822

_____

The appeal in the above captioned case from a final judgment of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court