# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of January, two thousand and sixteen.

Before:    Christopher F. Droney,
      *Circuit Judge*.

_____

United States of America,

   Appellee,           **ORDER**

v.                 Docket No. 13-822

Kenneth L. Miller,

   Defendant - Appellant.
_____

  Appellant moves for an extension until January 13, 2016 to file his petition for rehearing or rehearing *en banc*.

  IT IS HEREBY ORDERED that the motion is GRANTED.

                For the Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

